UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Dena Baker v. Bayer Corporation, et al.* | No. 3:10-cv-13408-DRH-PMF |
| *Jamie A. Barker v. Bayer Corporation, et al.* | No. 3:11-cv-10642-DRH-PMF |
| *Tammy J. Burke v. Bayer Corporation, et al.* | No. 3:10-cv-12476-DRH-PMF |
| *Theresa J. Byers v. Bayer Corporation, et al.* | No. 3:10-cv-10053-DRH-PMF |
| *Jordan Corna v. Bayer Corporation, et al.* | No. 3:10-cv-13070-DRH-PMF |
| *Nicole Garland, et al. v. Bayer Corporation, et al.* | No. 3:11-cv-11287-DRH-PMF |
| *Micah Hanna v. Bayer Corporation, et al.* | No. 3:10-cv-10194-DRH-PMF |
| *Jodi Harrison, et al. v. Bayer Corporation, et al.* | No. 3:10-cv-12144-DRH-PMF |
| *Frances Hernandez v. Bayer Corporation, et al.* | No. 3:10-cv-10486-DRH-PMF |
| *Tracy Hintergardt v. Bayer Corporation, et al.* | No. 3:10-cv-13747-DRH-PMF |
| *Donna Koch v. Bayer Corporation, et al.* | No. 3:10-cv-10569-DRH-PMF |
| *Lisa Linhart, et al. v. Bayer Corporation, et al.* | No. 3:11-cv-13579-DRH-PMF |
| *Mary Meihack, et al. v. Bayer Corporation, et al.* | No. 3:11-cv-10054-DRH-PMF |
| *Sonnie Mynatt v. Bayer Corporation, et al.* | No. 3:10-cv-12236-DRH-PMF |
| *Amy Nelson v. Bayer Corporation, et al.* | No. 3:11-cv-10138-DRH-PMF |
| *Jessica Pitchford v. Bayer Corporation, et al.* | No. 3:10-cv-13131-DRH-PMF |
| *Jill Robinson v. Bayer Corporation, et al.* | No. 3:11-cv-12739-DRH-PMF |

*Chanda Thomas v. Bayer Corporation, et al.*          No. 3:11-cv-10137-DRH-PMF

*Leandra Woods v. Bayer Corporation, et al.*          No. 3:11-cv-12394-DRH-PMF

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on March 8, 2013, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                       NANCY J. ROSENSTENGEL,
                                       **CLERK OF COURT**

                                       **BY:**    /s/*Sara Jennings*
                                                    **Deputy Clerk**

Dated: March 11, 2013

APPROVED:
        Digitally signed by David R. Herndon
        Date: 2013.03.11 13:04:30 -05'00'
        CHIEF JUDGE
        U. S. DISTRICT COURT